Charles Gilchrist, et al. v. 1150 Sacramento Homeowners, et al.
Case No. CV 07-5801-EMC
United States District Court
Northern District of California –San Francisco Division

# EXHIBIT A

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## 1150 SACRAMENTO HOMEOWNERS ASSOCIATION

## AND

## SERVICE EMPLOYEES
## UNION LOCAL 1877, AFL-CIO

## EFFECTIVE OCTOBER 1, 2001 – SEPTEMBER 30, 2004

0        EXHIBIT A

# TABLE OF CONTENTS

**SECTION 0.    GENERAL INFORMATION** _____ 6
0.1    Parties to the Agreement.................................................................. 6
0.2    Intent............................................................................................... 6

**SECTION 1.    RECOGNITION** _____ 7
1.1    Bargaining Representative............................................................... 7
1.2    Strikes and Work Stoppages............................................................ 7
1.3    Discrimination.................................................................................. 7

**SECTION 2    UNION MEMBERSHIP** _____ 7
2.1    Membership as a Condition of Employment.................................... 7
2.2    Discharge for Failure to Join the Union.......................................... 7
2.3    Recognition of Shop Stewards and Regional Shop Stewards........... 7
2.4    Visitation by Union Representatives................................................ 8
2.5    Bulletin Board.................................................................................. 8
2.6    Dues Collection................................................................................ 8
2.7    Dues Check off Form........................................................................ 8
2.8    Hold Harmless................................................................................. 8

**SECTION 3.    SALE OF PROPERTY** _____ 8
3.1    Sale of Property............................................................................... 8

**SECTION 4.    HIRING** _____ 9
4.1    Filing of Vacancies and New Positions............................................ 9
4.2    Good Character, Training and Prescreening Employees.................. 9
4.3    Probation Period for New Employees.............................................. 9
4.4    Employer Sole Judge of Qualifications............................................ 9

**SECTION 5.    SENIORITY** _____ 10
**A.    SENIORITY DEFINED**.................................................................. 10
5.1    Definition......................................................................................... 10
**B.    AN EMPLOYEE SHALL CONTINUE TO ACCUMULATE SENIORITY DURING....** 10
5.2    Periods of Absence for Worker's Compensation.............................. 10
5.3    Reinstatement after Termination..................................................... 10
5.4    Other Authorized Reasons............................................................... 10
**C.    LAYOFF AND RECALL**................................................................. 10
5.5    Layoffs.............................................................................................. 10
**D.    NOTICE OF LAYOFF**.................................................................... 10
5.6    Notice of Requirement and Pay in the Event of Layoff.................... 10
**E.    RECALL**........................................................................................ 11
5.7    Notice Requirement for Recall......................................................... 11
**F.    CONSIDERATIONS FOR FILLING VACANT POSITIONS**............ 11
5.8    Considerations................................................................................. 11

1

**SECTION 6.        VACATIONS**_____**11**
6.1    Vacation – Years One (1) through Four (4)…………………………………    11
6.2    Vacation – Years Five (5) through Nine (9)…………………………………    11
6.3    Vacation – Years Ten (10) through Twenty-Four (24)………………………    11
6.4    Vacation – Years Twenty-Five or More (25+)……………………………    11
6.5    Pro-Rated Vacation in the Event of Termination…………………………    11
6.6    Allowable Vacation Periods………………………………………………    12
6.7    Absence form Service……………………………………………………    12
6.8    Change in Ownership………………………………………………………    12
6.9    Severance of Employment Relations………………………………………    12
6.10   Vacation in Excess of Contract……………………………………………    12
6.11   When Vacation Pay is to Paid / Shift Differential…………………………    12
6.12   Vacation Without Interruption / Call Back Pay……………………………    13
6.13   Holidays During Vacation…………………………………………………    13

**SECTION 7.        HOLIDAY**_____**13**
7.1    Holidays Observed…………………………………………………………    13
7.2    Federal Observance takes precedence………………………………………    13
7.3    Eligibility……………………………………………………………………    13
7.4    Pay Rate for Holiday's When it Falls on a 6th Consecutive Day……………    14

**SECTION 8.        SICK LEAVE**_____**14**
8.1    Rate at Which Leave is Earned……………………………………………    14
8.2    When Sick Leave is Payable………………………………………………    14
8.3    Payable for Regularly Scheduled Workdays………………………………    14
8.4    Sick Pay for Regular Part-Time Employees…………………………………    14
8.5    Unused sick pay……………………………………………………………    14
8.6    Integration with Disability and Worker's Compensation……………………    14
8.7    Verification…………………………………………………………………    15
8.8    False Claims…………………………………………………………………    15
8.9    Purpose of Sick Leave Benefits……………………………………………    15

**SECTION 9.        WELFARE    FUND,    PENSION    TRUST    AND    RETIREMENT**
                **SAVINGS PLAN** _____ **15**
**A.        WELFARE FUND**………………………………………………………    **15**
9.1    Purpose of the Welfare Fund………………………………………………    15
9.2    Welfare Fund Contribution in Dollars up to…………………………………    15
9.3    Payment……………………………………………………………………    15
9.4    Administration………………………………………………………………    16
**B        PENSION TRUST**…………………………………………………………    **16**
9.5    Purpose of the Pension and Trust Fund……………………………………    16
9.6    Pension and Trust Fund Contribution in Dollars.………………..…………    16
9.7    Payment……………………………………………………………………    16
**C.        REGULATIONS    APPLICABLE    TO    THE    WELFARE    FUND    AND    PENSION    16**
                **TRUST**……………………………………………………………………
9.8    Hours Considered for Computing Contributions……………………………    16
9.9    Contributions During Sick Leave……………………………………………    16
9.10   Change of Ownership………………………………………………………    17
9.11   401k-Type Retirement Savings Plan…………………………………………    17

**SECTION 10.     PART-TIME, RELIEF AND CASUAL EMPLOYEE** ........ **17**
10.1   Regular Part-Time Employee Defines .................................. 17
10.2   Relief Employee Defined ............................................ 17
10.3   Causal Employee Defined ............................................ 17
10.4   Holiday Pay ........................................................ 17
10.5   Additional Available Hours ......................................... 17
10.6   Emergency Relief ................................................... 17
       18

**SECTION 11.     DEFINITIONS OF CLASSIFICATIONS** _____ **18**
11.1   "Premises" ......................................................... 18
11.2   "Appurtenances" .................................................... 18
11.3   "Clean" ............................................................ 18
11.4   "Services Performed by Contractors" ................................ 18
11.5   "Handyman" ......................................................... 18
11.6   "Janitor" .......................................................... 18
11.7   "Resident Handyman or Janitor" ..................................... 19
11.8   "Head Doorman" ..................................................... 19
11.9   "Doormen" .......................................................... 19
11.10  "Watchman" ......................................................... 19
11.11  "Receiving Clerk" .................................................. 19
11.12  Performance of Janitorial Duties by Watchmen and Doormen ........... 20
11.13  Emergencies ........................................................ 20
11.14  Performance of Duties .............................................. 20
       20

**SECTION 12.     RATES OF PAY** _____ **21**
**A.      RATES OF PAY SHALL BE** .......................................... **21**
12.1   Handyman ........................................................... 21
12.2   Resident Handyman .................................................. 21
12.3   Janitor Working 8 Hours ............................................ 21
12.4   Janitor Working 4 Hours ............................................ 21
12.5   Resident Janitor – 8 Hours ......................................... 21
12.6   Resident Janitor – 4 Hours ......................................... 21
12.7   Watchman ........................................................... 21
12.8   Receiving Clerk .................................................... 21
12.9   Head Doorman ....................................................... 21
12.10  Doorman ............................................................ 21
12.11  Concierge Job Title at Cathedral Apartments to be paid as Janitor .. 21
12.12  Janitor Short Shift Premium ........................................ 22
12.13  6:00pm to 6:00am Pay Premium ....................................... 22
**B.      BEGINNERS' RATES OF PAY** ........................................ **22**
12.14  Beginners' Rates of Pay ............................................ **22**
12.15  Beginners' Rates of Pay Exception .................................. 22
**C.      PAYDAYS** ........................................................ **22**
12.16  Regular Pay Periods ................................................ **22**
12.17  Pay Upon Termination of Layoff ..................................... 22
12.18  Pay by Mail ........................................................ 23
12.19  Recording on Time .................................................. 23
       23

**SECTION 13.    WORK DAY, WORK WEEK, HOURS AND OVERTIME** _____ **23**
**A.    WORKDAY**........................................................................................ **23**
13.1    Eight (8) Hour Work Day ................................................................ 23
13.2    Four (4) Hour Work Day – Short Shift .......................................... 23
13.3    Day's Work Defined ........................................................................ 23
13.4    Resident Handyman and Janitor to Work No Later Than 5:00 p.m ...... 23
**B.    WORK WEEK** ................................................................................. **23**
13.5    Work Week Defined ......................................................................... 23
**C.    SHORT SHIFT** ............................................................................... **24**
13.6    Short Shift Defined .......................................................................... 24
**D.    SPLIT SHIFT** ................................................................................. **24**
13.7    Split Shift ......................................................................................... 24
**E.    NIGHT SHIFT** ............................................................................... **24**
13.8    Night Shift Defined .......................................................................... 24
**F.    WORK SCHEDULE** ....................................................................... **24**
13.9    Work Schedule Defined .................................................................... 24
**G.    OVERTIME** .................................................................................... **24**
13.10    Overtime Defined ............................................................................ 24
13.11    Overtime Four (4) Hour Minimum Pay ........................................... 25
13.12    Overtime Eight (8) Hour Pay Requirement ..................................... 25
**H.    MINIMUM CALL** .......................................................................... **25**
13.13    Required Notice ............................................................................... 25
13.14    Pay Requirement when Employer Requests an Employee Report for Work ......... 25
**I.    COMBINATION JOB** ..................................................................... **25**
13.15    Combination Job Defined ................................................................ 25


**SECTION 14.    LUCH AND REST PERIODS** _____ **26**
**A    LUNCH PERIODS** .......................................................................... **26**
14.1    Lunch Periods ................................................................................... 26
**B.    REST PERIODS** ............................................................................. **26**
14.2    Rest Periods ...................................................................................... 26


**SECTION 15.    LEAVES OF ABSENCE** _____ **26**
**A.    UNPAID LEAVE** ............................................................................ **26**
15.1    Leaves of Absence ............................................................................ 26
**B.    SENIORITY VACATION LEAVES OF ABSENCE** ...................... **26**
15.2    Seniority Leaves ............................................................................... 26
**C.    JURY DUTY** ................................................................................... **26**
15.3    Pay Requirements ............................................................................. 26
15.4    Schedule requirements ..................................................................... 27
15.5    Hardship ........................................................................................... 27
**D.    BEREAVEMENT LEAVE** .............................................................. **27**
15.6    Death in the Immediate Family ....................................................... 27


**SECTION 16.    GENERAL PROVISIONS** _____ **27**
16.1    Uniforms and Laundry ..................................................................... 27
16.2    Dressing Rooms or Lockers .............................................................. 27
16.3    Break Room ...................................................................................... 27
16.4    Quarters ............................................................................................ 28
16.5    Work Rules ....................................................................................... 28

16.6    Breakage..................................................................................
16.7    Sub-Contracting.......................................................................    28
16.8    Acts of God...............................................................................    28
16.89   Wages Paid Above Scale...........................................................    28
16.10   Employee Handing of Funds......................................................    28
16.11   Fidelity Bonds.........................................................................    28
                                                                                                28

**SECTION 17.    GRIEVANCE, DISCHARGE AND RETIREMENT**            29
  **A.    GRIEVANCES**..........................................................    **29**
   17.1   Referral to a Board of Adjustment and Arbitration.................    **29**
   17.2   Precedent Setting...................................................................    **29**
  **B.    DISCHARGE**............................................................    **30**
   17.3   In the Event of Discharge........................................................    **30**
   17.4   Notice Requirement for Termination........................................    **30**
  **C.    RETIREMENT**..........................................................    **30**
   17.5   Employee Retirement...............................................................    **31**
                                                                                                31

**SECTION 18.    SAVINGS CLAUSE**                                         **31**
   18.1   Savings Clause.......................................................................    **31**
                                                                                                31

**SECTION 19.    LABOR MANAGEMENT COMMITTEE**              **31**
   19.1   Establishment of a Labor Management Committee..................    **31**
                                                                                                31

**SECTION 20.    MANAGEMENT RIGHTS**                                 **31**
   20.1   Management Rights Clause......................................................    **31**
                                                                                                31

**SECTION 21.    TERM OF AGREEMENT**                                 **32**
   21.1   Term of Agreement.................................................................    **32**
                                                                                                32

**Section 0.    GENERAL INFORMATION**

## 1150 SACREMENTO HOMEOWNERS ASSOCIATION
### AND
### SERVICE EMPLOYEES UNION, LOCAL 1877

## AGREEMENT

### 0.1    *Parties to the Agreement*

AGREEMENT, by and between 1150 SACRAMENTO HOMEOWNERS ASSOCIATION, party of the first part, hereinafter referred to as the "Employer", and the SERVICE EMPLOYEES UNION, LOCAL 1877, affiliated with the Service Employees International Union, AFL-CIO, *party of the second part*, hereinafter referred to as the "Union", acting on behalf of the Employees in the classifications specified in Section 11 below.

### 0.2    *Intent*

It is the intent of the parties to this Agreement that all Employees, Union Representatives, Owners and Managers treat each other with dignity, respect, courtesy and trust, and that these principles shall apply in all dealings with residents and guests. It is the intent of the parties that the provisions of this Agreement further these goals.

## Section 1.    RECOGNITION

### 1.1.    *Bargaining Representative*

The Employer recognizes the Union as the exclusive collective bargaining representative for all job classifications specified herein who are employed in either an apartment owned and operated by a signatory employer in the City and County of San Francisco.

### 1.2    *Strikes and Work Stoppages*

During the term of this Agreement, the Union agrees that its members will not engage in nor will the Union authorize or condone a strike or stoppage of work, and provide further, the observance of a bona fide picket line of another labor organization (sanctioned by the San Francisco Labor Council) by an individual member of the Union shall not constitute a breach of this Agreement. The employer agrees not to engage in any lockouts.

### 1.3    *Discrimination*

There shall be no discrimination by the Employer or by the Union against employees on account of union membership or union activities. Neither the Employer nor the Union shall discriminate against any employee or applicant for employment on account of race/color, national origin/ancestry, sex, religious creed, age, mental or physical disability, veteran status, medical condition, marital status, or sexual orientation.

## Section 2.    UNION MEMBERSHIP

### 2.1    *Membership as a Condition of Employment*

Membership in the Union on or after thirty-one (31) days following the beginning of employment or the effective date of this Agreement, whichever is later, shall be a condition of employment to the extent consistent with the law.

### 2.2    *Discharge for Failure to Join the Union*

Upon satisfactory proof from the Union, the Employer agrees to discharge any employee who fails to make application for and complete membership in the Union or alternatively, fails to tender initiation fees and dues uniformly required as a condition of acquiring or retaining membership.

### 2.3    *Recognition of Shop Stewards and Regional Shop Stewards*

The Employer will recognize Shop Stewards and Regional Shop Stewards, designated as such in writing by the Union, as representatives of the Union for the purpose of presenting the Union's interpretation of the contract on a day-to-day basis. Only such Stewards so designated by the Union in writing shall have the authority to act as Shop Stewards. Union activities shall not interfere with their regular job duties except as mutually agreed between the stewards and the Employer.

**2.4**    *Visitation by Union Representatives*
Duly authorized representatives of the Union, not to exceed two (2), who shall show their credentials to the Employer or its representative prior to each visit, shall be permitted to visit the building for the purpose of observing conditions under which the employees are working and to see that conditions of this Agreement are being observed; provided, however, that such visits shall be made in the employee's quarters whenever possible, or in some quarters within the building designated by the Owner, Manager or Agent. Such visits shall not be made at unreasonable hours nor interfere with the proper conduct of business or the performance of work. The Employer agrees to cooperate in arranging such visits.

**2.5**    *Bulletin Board*
When there are five (5) or more employees in a building, the Employer shall provide a bulletin board conveniently located for the use of the Union in posting notice of official business of the Union. The Union agrees that it will not distribute handbills, posters or other literature pertaining to the affairs of the Union within the building.

**2.6**    *Dues Collection*
Subject to receipt of a signed request and authorization from an employee, the Employer agrees to deduct union dues and initiation fees from the employee's pay, and shall monthly remit such amounts to the Union. This shall be done the first payroll of every month. The authorization form shall be mutually agreed upon by the Employer and the Union.

**2.7**    *Dues Check Off Form*
A copy of the Dues Check Off Form is contained in Appendix A.

**2.8**    *Hold Harmless*
The Union shall indemnify, defend and hold the Employer harmless against any and all claims, demands, suits or other forms of liability against the Employer in reliance upon payroll deduction authorization cards submitted to the Employer.

**Section 3.**    **Sale of Property**

**3.1**    *Sale of Property*
In the event any building covered by this Agreement is sold, leased, or transferred to another employer or merges with another corporation, the Union shall be notified of the sale or lease or merger and the Employer shall make all payments required under the terms of this collective bargaining agreement for wages, vacations, welfare and pension payments due up to and including the date of such sale, lease or merger. The Union binds itself to hold this Agreement in force to its termination and agrees that no part to this Agreement shall be assigned to any labor organization other than the Union party hereto, without the consent of the Employer party hereto, or the signatory Employer as defined above. The only

application shall be to apartment buildings, which may be covered by this Agreement.

**Section 4.    HIRING**

**4.1    *Filling of Vacancies and New Positions***

In the filling of vacancies and new positions and in the employment of extra help, the Employer agrees to give preference of employment to members of the Union in good standing to the extent permissible under law and to apply to the Union for such members. Further, the parties agree that in filling of vacancies and new positions each building manager may contact other buildings regarding such vacancies. Provided, however, that applicants for employment shall be sent to the Employer by the Union for interview prior to employment, and that the Employer shall have the right of selection from all available union members. If the Union is unable to furnish help satisfactory to the Employer within forty-eight (48) hours from the time of notification by the Employer (Saturdays, Sundays and holidays excepted), the Employer may hire outside the Union. The Employer shall furnish the Union within forty-eight (48) hours after the employment of any employee, his or her name and date of employment.

**4.2    *Good Character, Training and Prescreening Employees***

The Union and Employer agree that it is to the benefit of both parties that only qualified, responsible individuals of good character assume any vacant position. To this end the Union agrees that whenever possible to only dispatch workers that are trained and prescreened by a representative of the Apartment Employers. The Union will not continue to dispatch any employee to the Employer deemed to be unsuitable by the Employer provided that the Employer notifies the Union in writing of such.

**4.3    *Probation Period for New Employees***

The employees hired after the ratification of this Agreement shall be on probation for the first ninety (90) calendar days of employment. New employees terminated by the Employer during the ninety (90) day probationary period shall not be subject to the grievance procedure contained in Section 17 herein. Wages and other working conditions in the contract shall apply to Employees during the probationary period.

**4.4    *Employer Sole Judge of Qualifications***

The Employer shall be the sole judge of the qualifications, competency and fitness in the hiring of all new Employees.

**Section 5.    SENIORITY**

**A.    SENIORITY DEFINED**

**5.1    *Definition***
Seniority shall be defined as the length of the most recent period of continuous service with the building or complex. Seniority shall be expressed in terms of years, months and days. Seniority shall accrue for regular employees within a given classification of work. If two or more employees are employed within the same classification on the same day, seniority between such employees shall be based on merit and ability according to their employment record.

**B.    AN EMPLOYEE SHALL CONTINUE TO ACCUMULATE SENIORITY DURING:**

**5.2    *Periods of Absence for Worker's Compensation***
(1)    Periods of absence of not more than six (6) consecutive months due to bona fide illness, injury or due to Workers' Compensation.

**5.3    *Reinstatement after Termination***
(2)    Any period in which an employee has been terminated and is subsequently reinstated, unless modified pursuant to the terms of the Grievance Procedure.

**5.4    *Other Authorized Reasons***
(3)    Leaves of absence of not more than six (6) months for other reasons authorized by the Employer.

**C.    LAYOFF AND RECALL**

**5.5    *Layoffs***
In case it shall become necessary for an Employer to lay off one or more employees, seniority shall apply, merit and ability being equal, within the classifications in the same building or complex. When the work force is increased within the classification, employees on layoff shall be recalled in order of their job classification. Thus the last employee laid off within the classification shall be the first employee rehired.

**D.    NOTICE OF LAYOFF**

**5.6    *Notice of Requirement and Pay in the Event of Layoff***
When an employee is laid off, the Employer shall give the employee seven (7) days notice in writing or one (1) week's pay in lieu thereof.

## E.    RECALL

### 5.7    *Notice Requirement for Recall*

Regular employees who have been laid off for more than thirty (30) consecutive days shall be notified by the employer at least forty-eight (48) hours before they are scheduled to return to work, unless such notice is waived by the employee.

## F.    CONSIDERATIONS FOR FILLING VACANT POSITIONS

### 5.8    *Considerations*

The Employer will set the qualifications for a particular job based on business needs.  Such qualifications will be set forth in writing.  Current employees may bid for vacant positions and scheduled shifts (which include days off).  The Employer will make the decision based upon seniority along with qualifications, merit, and ability, in accordance with their employment record (barring a bad employment record, the senior employee gets the job.)  There shall be no bumping.

## Section 6.    VACATIONS

### 6.1    *Vacation – Years One (1) through Four (4)*
A.    All employees shall be entitled to at least two (2) weeks vacation with pay once each year, provided that such employee shall have been in the service of the Employer continuously for not less than one (1) year at the time vacation is granted.

### 6.2    *Vacation – Years Five (5) through Nine (9)*
B.    All employees who have been in the service of the Employer continuously for five (5) years or more shall be entitled to three (3) weeks vacation with pay once each year.

### 6.3    *Vacation – Years Ten (10) through Twenty-Four (24)*
C.    All employees who have been in the service of the Employer continuously for ten (10) years or more shall be entitled to four (4) weeks vacation with pay once each year.

### 6.4    *Vacation – Years Twenty-Five or More (25+)*
D.    All employees who have been in the service of the Employer continuously for twenty-five (25) years or more shall be entitled to five (5) weeks vacation with pay once each year.

### 6.5    *Pro-Rated Vacation in the Event of Termination*
E.    Any employee whose employment terminates after six (6) months or more of service shall be given prorated vacation pay.

**6.6     *Allowable Vacation Periods***

F.     Vacation choices shall be determined by seniority.  Any new hire will be subject to the provisions of this clause once he/she reaches the first year anniversary date of employment.  Vacation selection for such new hires shall be made in accordance with Section 5.1 of the Seniority provision.

All employees shall furnish vacation preferences to the Building Manager or his/her immediate supervisor between December 1 through December 15.  Any employee who misses the December 15th deadline and does not furnish his/her vacation preference shall select the vacation preference from the remaining available weeks in order of seniority.  Employees may select vacations between January 1st through October 31st.  It is understood between the parties that the Employer reserves the right to determine how many employees will be permitted to take vacations during any one-week.

**6.7     *Absence from Service***

G.     Absence from service of not more than sixty (60) calendar days because of illness, temporary layoff or leave of absence shall not interrupt the continuity of employment for the purpose of this section.  In the event of such absence of more than sixty (60) calendar days, the pay for the vacation period shall be prorated on the basis of actual weeks worked.

**6.8     *Change in Ownership***

H.     In the event of a change of ownership, the former owner shall be obligated to provide his pro rata of vacation or vacation pay and the new owner shall likewise provide his pro rata vacation or vacation pay for the current year but shall not be required to assume any further obligation arising prior to said change of ownership.  The service record of employees for the purpose of vacations shall not be broken by reason of change of ownership of a building covered by this Agreement.

**6.9     *Severance of Employment Relations***

I.     Severance of employment relations shall not disentitle an employee to vacation with pay when he is entitled thereto under this Agreement.

**6.10     *Vacation in Excess of Contract***

J.     Any employee receiving vacation with pay in excess of those contained in this Agreement shall not have such vacation privilege reduced.

**6.11     *When Vacation Pay is to be Paid / Shift Differential***

K.     All employees shall receive their full vacation pay prior to going on vacation, at the rate in effect at the time vacation is taken, including the shift differential, if applicable.

12

**6.12**  *Vacation Without Interruption / Call Back Pay*

L.  All employees shall receive their full vacation period without interruption. Any employee called back to work prior to the completion of his or her vacation shall receive time and one-half his or her regular rate of pay in addition to his or her vacation pay for the time he or she is required to work during his or her vacation.

**6.13**  *Holidays During Vacation*

M.  In the event that any of the holidays named herein occur during an employee's vacation period, such employee shall be entitled to take an additional day's vacation for such holiday with pay or an additional day's pay in lieu of, at the option of the Employer.


**Section 7.     HOLIDAYS**

**7.1**  *Holidays Observed*

A.  The following days shall be observed as paid holidays: New Year's Day, Martin Luther King's Birthday (3rd Monday in January), Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, the day after Thanksgiving Day, Christmas Day. In addition, each employee shall receive two (2) floating holidays each calendar year, which are to be scheduled no less than two (2) weeks in advance and by mutual written agreement between the Employer and employee. Where appropriate, seniority will apply. Employees must receive their floating holidays each calendar year. If a holiday falls on Sunday, it shall be observed on the following Monday. It is understood that on holidays, the Employer shall be permitted to designate the employees to be off. Employees shall be rotated to provide all employees an equal opportunity to enjoy holidays. An employee whose regular day off falls on a holiday shall be granted an additional day off during the ensuing fourteen (14) days or he or she shall receive pay in lieu thereof at the employee's regular rate of pay. In the event an employee's shift falls within two calendar days, the holiday observance shall be on the shift in which the majority of hours are scheduled.

**7.2**  *Federal Observance Takes Precedence*

B.  When any of the holidays are observed by the State and Federal Governments on different days, the Federal declaration shall take precedence and such day shall be observed as the holiday under the terms of this Agreement, except December 25th, which will always be observed on the day it occurs.

**7.3**  *Eligibility*

C.  In order to be eligible for holiday pay, an employee must work or be off according to his or her regular schedule on the last regular work day immediately prior to a holiday and on the first regular work day immediately following that holiday, unless the Employee can show a justifiable excuse for his absence to his or her employer. An employee who fails to report as scheduled for work on a holiday shall forfeit his or her holiday pay.

**7.4**   ***Pay Rate for Holiday's When it Falls on a 6th Consecutive Day***
D.    Employees required to work on the sixth (6th) consecutive day in any one week and when that sixth (6th) day falls on a holiday the employee will be paid two-and-one-half (2-1/2) times his or her regular salary.

**Section 8.    SICK LEAVE**

**8.1    *Rate at Which Leave is Earned***
A.    Each employee shall start earning sick leave on the first day of employment, at the rate of 6.67 hours per month up to a maximum of ten (10) days per year.

**8.2    *When Sick Leave is Payable***
B.    Sick leave will be payable to the employee on the first day an employee is sick or hospitalized. Such sick leave with pay shall be applicable only in cases of bona fide illness or accident. Sick leave will also be payable to the employee for doctor or dental appointments. Such sick leave with pay for said appointments shall be applicable only in cases where the employee has provided the Employer with at least seventy-two (72) hours advance notice of the appointment, where the employee has obtained the employer with at least seventy-two (72) hours advance notice of the appointment, where the employee has obtained the employer's prior approval of the absence and where the employer requests written verification by a physician that the employee was at the appointment, that such is provided.

**8.3.    *Payable for Regularly Scheduled Workdays***
C.    Sick leave is specifically payable for regularly scheduled workdays only, at that employee's straight-time rate of pay.

**8.4    *Sick Pay for Regular Part-Time Employees***
D.    Regular part-time employees who work less than twenty (20) hours a week shall be eligible for pro-rata sick pay.

**8.5    *Unused Sick Pay***
E.    All employees shall accrue sick pay up to a maximum of thirty-five (35) days.

**8.6    *Integration with Disability and Worker's Compensation***
F.    In cases where an employee is eligible to receive disability benefit payments either under California Unemployment Insurance Code or comparable voluntary disability insurance plan, the employee shall apply for and received his/her full disability payment. The sum of each disability benefit payment plus sick leave pay shall equal but not exceed the employee's regular rate of pay. In applying this provision, the Employer shall pay its portion of the amount due the employee for each day so that together with the employee's full disability benefit payment shall equal the employee's regular rate of pay.

14

The same method of integration shall apply in cases of worker's compensation insurance benefits.

**8.7    *Verification***
G.    An employer may require a doctor's certificate.

**8.8    *False Claims***
H.    Any employee accepting or claiming benefits under this Section by reason of false statements or documents shall be subject to discipline up to and including termination.  Any employee on paid sick leave for a particular shift from one employer and working for another employer on that same shift or any shift within the twenty-four (24) hour period that the shift for which he/she receives the paid sick leave takes place shall be considered in violation of this provision and subject to immediate termination.

**8.9    *Purpose of Sick Leave Benefits***
I    Sick leave benefits are only intended to be a protection against income loss while ill or disabled.  There will be no compensation for unused sick leave at the termination of employment.

**Section 9.    WELFARE FUND, PENSION TRUST AND RETIREMENT SAVINGS PLAN**

A.    WELFARE FUND

**9.1    *Purpose of the Welfare Fund***
For the purpose of establishing and providing hospitalization, medical and surgical care, dental, vision care, and group life insurance programs, the Employer shall contribute to the Apartment Employees Welfare Fund the following sums for each straight-time hour worked by the employees covered by this Agreement.

**9.2    *Welfare Fund Contribution in Dollars up to*:**

- Effective October 1, 2001        $2.45
- Effective October 1, 2002        $2.625
- Effective October 1, 2003        $2.75

**9.3    *Payment***
Before the tenth day of each month the Employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each employee who has worked seventy (70) or more straight-time hours for said Employer during the preceding calendar month.

### 9.4.    Administration

The Welfare fund shall be administered under and by virtue of that certain Agreement and Declaration of Trust dated January 1, 1976. Employer is a common interest development who by this contract agrees to make the contributions set forth in Section 9.2. The Union and Employer hereby accept the terms of said Agreement and Declaration of Trust and agree to be bound by all of the provisions thereof as amended, and hereby acknowledge prior receipt of a copy thereof. In the event the Trustees designate a different plan than the current one and the contribution required to fund such plan is less than the amount indicated in Section 9.2 above, the Employer will only be obligated to make the contribution which will fund the new benefit.

## B.    PENSION TRUST

### 9.5    Purpose of the Pension and Trust Fund

For the purpose of establishing and maintaining a pension plan, the Employer shall contribute to the Apartment Employees Pension Trust the following sums for each straight-time hour worked by employees covered by this Agreement:

### 9.6    Pension and Trust Fund Contribution in Dollars

- Effective January 1, 2002        $0.90
- Effective January 1, 2003        $0.95
- Effective January 1, 2004        $1.00

### 9.7    Payment

Before the tent of each month the employer shall make irrevocably the required payments for the preceding calendar month, and such payments shall be made on behalf of each employee for all straight-time hours worked for said employer during the preceding calendar month. Employer is a common interest development who by this contract agrees to make the contributions set forth in Section 9.6. The Pension Plan shall be administered under and by virtue of that certain Agreement and Declaration of Trust dated January 1, 1976. The Employer hereby accepts the terms of said Agreement and Declaration of Trust and agrees to be bound by all of the provisions thereof as amended, a copy of which can be obtained from the Trust.

## C.    REGULATIONS APPLICABLE TO THE WELFARE FUND AND PENSION TRUST

### 9.8    Hours Considered for Computing Contributions

(1)    Paid vacations, holidays, and sick leave are considered as straight time hours worked in computing contributions.

### 9.9    Contributions During Sick Leave

(2)    When an employee is absent from work because of a bona fide illness or injury for which he or she has been awarded Workers' Compensation

Insurance benefits, contributions shall be made on his or her behalf by the employer during such absence for a period not to exceed three (3) months. No employer shall be required to make any contributions in excess of three months during such an absence.

### 9.10    *Change of Ownership*
(3)    The service record of employees for the purpose of eligibility for welfare benefits and the requirements that an employer make contributions on their behalf as provided, shall not be broken by reason of change of ownership of a firm, corporation or building covered by this Agreement or a subsequent agreement.

### 9.11    *401k–Type Retirement Savings Plan*
The Employer agrees to facilitate employee contributions to a 401k-type retirement plan if and when such plan has been established by the Union.

## Section 10.    PART-TIME, RELIEF AND CASUAL EMPLOYEES

### 10.1    *Regular Part-Time Employee Defined*
A.    An employee who is scheduled to work 32 hours or less each week. Such employee shall earn benefits for holiday, vacation, and sick leave on a pro-rata basis as defined in this agreement.

### 10.2    *Relief Employee Defined*
B.    An employee who is regularly scheduled either full time or part time for a designated period. He/she shall accrue holiday, sick leave and vacation when working.

### 10.3    *Casual Employee Defined*
C.    An employee who is one not regularly scheduled to work. Such employees are not eligible for holidays or vacation pay.

### 10.4    *Holiday Pay*
Part-time employees, relief and casual employees shall receive the applicable premium rate of pay for hours worked on any holiday as defined in this Agreement.

### 10.5    *Additional Available Hours*
A regular part-time employee shall be offered additional available hours in his or her classification before such is offered to a casual employee if the part-time employee has previously notified the employer in writing of the hours he is available for additional work.

**10.6**   *Emergency Relief*

If a workshift is available, the employer will call the Union Dispatcher for casual or relief employees and/or call workers from the Local 1877 list (available to employers from the Union) before going to outside sources for personnel.

**Section 11.**   **DEFINITIONS OF CLASSIFICATIONS**

**11.1**   *"Premises"*

A.   "Premises" shall include: Condominiums, cooperative apartments, apartment houses, apartment hotels, hotel apartments and motels including garages operated by the employer where such spaces exist in what are mainly apartment houses, apartment hotels, hotel apartments and motels, all floors, walls, ceilings, woodwork, trim, halls, lobbies, stairways, basements, storage rooms, porches, approaches, yards, lawns and the abutting sidewalks, alleyways and parkways, roofs, lightwells, elevators, and fire escapes.

**11.2**   *"Appurtenances"*

B.   Appurtenances shall include: apparatus and equipment, fixtures, furniture, furnishings, carpet, drapes, refrigerators and stoves.

**11.3**   *"Clean"*

C.   "Clean" shall include: sweep, scrub, mop, wash, brush, vacuum, dust, and polish.

**11.4**   *"Services Performed by Contractors"*

D.   No regularly scheduled bargaining unit employee will suffer any reduction of work hours as a result of services performed by contractors.

**11.5**   *"Handyman"*

An employee who is regularly engaged during half of his time or more in maintaining and making general repairs to the plumbing fixtures, furniture, woodwork, electrical systems and appliances, heating systems and appliances, elevators, ventilation systems, and window and building structures of premises where he is employed shall be classified as a Handyman. The duties of a Handyman shall consist of minor woodwork, painting, plumbing and electrical repairs and installations and other similar duties, together with other assignments at the employer's discretion. The employer shall furnish and bear the cost of upkeep of all tools and equipment used by the Handyman. No handyman shall be required to furnish his own tools as a condition of employment. The cost to replace tools lost by an employee shall be borne by the employee so long as the employer provides the employee with a secured locker or storage which only he/she has access to. It is understood that a handyman will not be required to perform functions in conflict with the recognized field of work of any other union,

18

and that the employment of a handyman shall not preclude the employer from engaging the services of contractors to perform any of the above work where the skill of the Handyman is lacking or time is of the essence.

**11.6** ***"Janitor"***

The duties of a janitor shall be to clean the premises, hand curtains, drapes and pictures, move furniture and baggage and remove garbage, and in addition thereto, to make such repairs and to give such care to apparatus and equipment as may be necessary for its continuous operation and function, together with other assignments at the employer's discretion. It is understood that a janitor will not be required to perform functions in conflict with the recognized field of work of any other union, except in cases of emergency or where the interests of the owner or agent may suffer from failure to have the work done at once, and that the employment of a janitor shall not preclude the employer from engaging the services of contractors to perform any of the above work where the skill of the janitor is lacking and time is of the essence.

**11.7** ***"Resident Handyman or Janitor"***

Resident handymen or janitors, in addition to the prescribed duties of handyman or janitor, as the case may be, together with other assignments at the employer's discretion, may be required to perform other minor duties during their regular work week and prior to the commencement of their regular work day, the performance of which shall not require more than thirty (30) minutes time per day, and may be required to perform emergency services calling for immediate attention without additional compensation.

**11.8** ***"Head Doorman"***

An employee who regularly supervises two (2) or more doormen and is responsible for scheduling of work as well as performing all of the duties of the "Doorman".

**11.9** ***"Doormen"***

Duties of Doormen shall include assisting residents and visitors entering and leaving the building on foot or by cab or other vehicle. Maintenance of building security including limiting access to authorized personnel. Maintenance of logs and answering telephones, together with other assignments consistent with the job classification at the employer's discretion.

**11.10** ***"Watchman"***

An employee the major portion of whose shift is performed after twelve (12:00) midnight and before eight (8:00) a.m. and whose duties include the guarding of the entrance(s) of the building(s) in which he is employed and the performance of the general duties normally required of a watchman and may include in addition any of the duties described above, together with other assignments at the employer's discretion.

### 11.11  "Receiving Clerk"

The duties of a receiving clerk shall be the receiving and delivering of packages, parcels and supplies for the employer and the tenants of the building as normally required of a receiving clerk.  He or she shall not be required to perform any handyman or janitorial duties except as may be required in cleaning the receiving room; he/she shall be responsible for any packages, parcels or property received by him or her except those which have been stored or delivered as directed by the employer.

### 11.12  Performance of Janitorial Duties by Watchmen and Doormen

Any employee so classified shall not perform any janitorial duties except to a limited extent where reasonably necessary; with the understanding that past practices may be maintained.

### 11.13  Emergencies

In the event of an emergency (defined as a crisis, sudden or unexpected happening or situation), any employee can be asked to perform the work of another classification and must reasonably cooperate in doing so.  he/she shall receive the pay of the higher classification.

### 11.14  Performance of Duties

The employer has the right to establish Work Rules which shall be conspicuously posted and which the employees shall observe.

## Section 12.    RATES OF PAY

A.    RATES OF PAY SHALL BE:

Note:  The rates of pay listed below represent minimums.

Effective October 1, 2001 Rates of Pay shall be:

|  | Job Classifications | Hourly Wage | 1.5 x O.T. Wage | 2 x O.T. Wage | 85% Hourly Wage |
|---|---|---|---|---|---|
| 12.1 | Handyman | $15.395 | $23.09 | $30.79 | $13.09 |
| 12.2 | Resident Handyman | $15.395 | $23.09 | $30.79 | $13.09 |
| 12.3 | Janitor Working 8 hours | $15.165 | $22.75 | $30.33 | $12.89 |
| 12.4 | Janitor Working 4 hours | $15.615 | $23.42 | $31.23 | $13.27 |
| 12.5 | Resident Janitor – 8 hours | $15.165 | $22.75 | $30.33 | $12.89 |
| 12.6 | Resident Janitor – 4 hours | $15.615 | $23.42 | $31.23 | $13.27 |
| 12.7 | Watchman | $15.08 | $22.62 | $30.16 | $12.82 |
| 12.8 | Receiving Clerk | $15.08 | $22.62 | $30.16 | $12.82 |
| 12.9 | Head Doorman | $15.265 | $22.90 | $30.53 | $12.98 |
| 12.10 | Doorman | $15.01 | $22.52 | $30.02 | $12.76 |

Effective October 1, 2002 Rates of Pay shall be:

|  | Job Classifications | Hourly Wage | 1.5 x O.T. Wage | 2 x O.T Wage | 85% Hourly Wage |
|---|---|---|---|---|---|
| 12.1 | Handyman | $15.945 | $23.92 | $31.89 | $13.55 |
| 12.2 | Resident Handyman | $15.945 | $23.92 | $31.89 | $13.55 |
| 12.3 | Janitor Working 8 hours | $15.715 | $22.57 | $31.43 | $13.36 |
| 12.4 | Janitor Working 4 hours | $16.165 | $24.25 | $32.33 | $13.74 |
| 12.5 | Resident Janitor – 8 hours | $15.715 | $23.92 | $31.43 | $13.36 |
| 12.6 | Resident Janitor – 4 hours | $16.165 | $23.57 | $32.33 | $13.74 |
| 12.7 | Watchman | $15.63 | $23.45 | $31.26 | $13.29 |
| 12.8 | Receiving Clerk | $15.63 | $23.45 | $31.26 | $13.29 |
| 12.9 | Head Doorman | $15.815 | $23.72 | $31.63 | $13.44 |
| 12.10 | Doorman | $15.56 | $23.34 | $31.12 | $13.23 |

Effective October 1, 2003 Rates of Pay shall be:

| | Job Classifications | Hourly Wage | 1.5 x O.T. Wage | 2 x O.T Wage | 85% Hourly Wage |
|---|---|---|---|---|---|
| 12.1 | Handyman | $16.52 | $24.78 | $33.04 | $14.04 |
| 12.2 | Resident Handyman | $16.52 | $24.78 | $33.04 | $14.04 |
| 12.3 | Janitor Working 8 hours | $16.29 | $24.44 | $32.58 | $13.85 |
| 12.4 | Janitor Working 4 hours | $16.74 | $25.11 | $33.48 | $14.23 |
| 12.5 | Resident Janitor – 8 hours | $16.29 | $24.44 | $32.58 | $13.85 |
| 12.6 | Resident Janitor – 4 hours | $16.74 | $25.11 | $33.48 | $14.23 |
| 12.7 | Watchman | $16.205 | $24.31 | $32.41 | $13.77 |
| 12.8 | Receiving Clerk | $16.205 | $24.31 | $32.41 | $13.77 |
| 12.9 | Head Doorman | $16.39 | $24.59 | $32.78 | $13.93 |
| 12.10 | Doorman | $16.135 | $24.20 | $32.27 | $13.71 |

**12.11  Concierge job title at Cathedral Apartments to be paid as Janitor.**

**12.12  Janitor Short Shift Premium**
The above wage rate of four (4) hour janitors is inclusive of forty-five cents ($.45) per hour short shift premium.

**12.13  6:00 p.m. to 6:00 a.m. Pay Premium**
A fifty cents ($.50) per hour premium shall be paid to employees for hours worked between 6:00 p.m. and 6:00 a.m.

B.    BEGINNERS' RATES OF PAY

**12.14  Beginners' Rates of pay**
(1)    Effective October 1, 2001, during the first six (6) months of employment, employees shall be paid eighty-five percent (85%) of the applicable wages set forth in this section.  Thereafter an employee shall be paid per the schedule above.

**12.15  Beginners' Rates of Pay Exception**
(2)    If a new employee has one or more years of experience with Local 1877 in a similar classification he/she will be exempt from this provision and will start at the 100% rate of pay.

C.    **PAYDAYS**

**12.16  Regular Pay Periods**
(1)    The wages of the regular employees shall be paid semi-monthly; provided that, when such regular payday falls on a Sunday or a holiday, employees shall be paid on the immediately previous day to such Sunday or holiday.  Employers currently paying wages on a weekly or bi-weekly basis shall maintain that practice.  The

employer will make reasonable efforts to have paychecks available by the end of an employee's shift on payday.

### 12.17   *Pay Upon Termination or Layoff*
(2)   If an employee is laid off or his/her services are terminated for any reason, he/she shall be paid on or before the termination of his/her last shift; an employee not so paid shall be compensated for one day's pay for each day he/she reports for his/her pay.

### 12.18   *Pay by Mail*
(3)   Any employee whose services are terminated may, if he/she so elects, have his/her wages sent to him/her by mail, addressed as he/she may direct.

### 12.19   *Recording on Time*
(4)   Employees are to promptly and accurately record their time (i.e. starting time, meal period, quitting time, or other time absent from work) and failure to do so could result in disciplinary action.

## Section 13.   WORK DAY, WORK WEEK, HOURS AND OVERTIME

A.   WORK DAY

### 13.1   *Eight (8) Hour Work Day*
(a)   Eight (8) hours within nine (9) consecutive hours shall constitute a day's work.

### 13.2   *Four (4) Hour  Work Day – Short Shift*
(b)   Four (4) consecutive hours in the employ of one employer shall constitute a day's work for employees working on a short shift.

### 13.3   *Day's Work Defined*
(c)   A day's work shall be defined as the day in which the majority of the hours are worked.

### 13.4   *Resident Handyman and Janitor to Work No Later Than 5:00 P.M.*
(d)   Resident handyman's and resident janitor's work day shall be completed not later than 5:00 p.m.

B.   WORK WEEK

### 13.5   *Work Week Defined*
Forty (40) hours worked in a period of five (5) consecutive days within a calendar week shall constitute a week's work, except as provided in Section 13(a), (b) and (c).

C.    SHORT SHIFT

### 13.6   Short Shift Defined

Four (4) consecutive hours shall constitute a short shift.  Except by mutual agreement between the employee and employer, janitors employed in the morning on a short shift shall complete such short shift by 12 noon; if employed in the afternoon a short shift shall be between the hours of 1:00 p.m. and 5:00 p.m.

D.    SPLIT SHIFT

### 13.7   Split Shift

There shall be no split shifts.

E.    NIGHT SHIFT

### 13.8   Night Shift Defined

A night shift shall be deemed to be the one in which the major portion of hours is worked after 7:00 p.m. and before 7:00 a.m.  Eight (8) consecutive hours shall constitute a night shift.  One-half (1/2) hour meal period on the premises within eight (8) hours shall be allowed any employee working a night shift.  No deductions shall be made for such meal period allowance.  No shift shall have a start time after midnight and before 6:00 a.m. except in case of a bona fide emergency.

F.    WORK SCHEDULE

### 13.9   Work Schedule Defined

A weekly schedule shall be posted containing each regular employee's starting and quitting time, work days, days off, which shall not be changed by the employer without thirty-six (36) hours previous notice to the employees affected, except when made necessary by an emergency.

G.    OVERTIME

### 13.10  Overtime Defined

(1)    For any work in excess of a day's work, or for any work in excess of a short shift, or for any work in excess of a week's work, or for any work performed on an employee's day off, or on holidays, overtime at the rate of time and one half shall be paid.  Double time shall be paid for all hours worked in excess of twelve (12) hours.  Double time shall be paid for all hours worked on any seventh consecutive day.  Any employee working on a holiday listed in Section 9 shall be paid overtime at the rate of time and one-half, in addition to a day's pay for the holiday.  Overtime shall be computed based on the employee's rate of pay.

### 13.11 *Overtime Four (4) Hour Minimum Pay*

(2)    If an employee is required to work overtime consecutive with his or her day's work, such employee shall be paid for not less than one (1) hour at the overtime rate or the time actually worked at the overtime rate, whichever is greater.  Should an employee be called back to work by the employer at the completion of his or her day's work, his or her week's work, or his/her regular days off or on holidays, he/she shall be paid for not less than four (4) hours at the overtime rate or the time actually worked at the overtime rate, whichever is the greater.  Overtime shall be offered in accordance with seniority if the employee is qualified to do the work.

### 13.12 *Overtime Eight (8) Hour Pay Requirement*

(3)    Notwithstanding the provisions of Section 13 G. and Section 13 H. of this Agreement, should an employee be required to work on Thanksgiving Day, Christmas Day or New Year's Day, such employee shall be paid for not less than eight (8) hours at the overtime rate or the time actually worked at the overtime rate, whichever is greater.

## H.    MINIMUM CALL

### 13.13 *Required Notice*

(1)    Notice that the services of an employee will not be required on any given day shall be given to him/her not later than the termination of the employee shift on the preceding day.  If such notice be not so given and such employee shall report for work, he/she shall be entitled to and shall be paid a sum of money equal to four (4) hours wages.

### 13.14 *Pay Requirement when Employer Requests an Employee Report for Work*

(2)    When an employer or its representative requests a person to report for work and said person does so report at the time specified but is not put to work, the employer shall pay said person one (1) full day's wages.  This rule shall not apply when the employer wishes to fill a vacancy by interviewing applicants for the job.

## I.    COMBINATION JOB

### 13.15 *Combination Job Defined*

When an employee occupies a position, which combines two or more classifications of work, the employee shall be paid at the rate for the higher classification; provided that such classification occupies two or more hours of said employee's work day.

## Section 14.    LUNCH AND REST PERIODS

### 14.1    *Lunch Periods*
A.    All employees (except as provided under Section 13 E. Night Shift) shall be relieved from their duties for their lunch period and provided further that such lunch periods shall not be set by the employer sooner than three and one-half (3-1/2) hours following the commencement of their shift, nor later than four and one-half (4-12) hours following the commencement of their shift.

### 14.2    *Rest Periods*
B.    On or about the middle of each half shift, all employees shall receive one fifteen (15) minute break.  No deduction shall be made for such rest period.  Such break shall not interrupt ongoing services.

## Section 15.    LEAVES OF ABSENCE

A.    UNPAID LEAVE

### 15.1    *Leaves of Absence*
Leaves of absence may be granted by the employer for reasons of bona fide illness or other reasons mutually agreed upon by the employer and the employee. Such leaves of absence shall be without pay except as hereinafter provided.  Such leaves of absence shall not affect the employee's rights under this Agreement. The provisions in this section shall be consistent with the American Disabilities Act.

B.    SENIORITY VACATION LEAVES OF ABSENCE

### 15.2    *Seniority Leaves*
Employees with at least two (2) years of continuous service shall, not more often than once every three (3) years, be entitled to take up to two (2) additional weeks of leave without pay immediately following their regular vacation period, provided they request such unpaid leave at least thirty (30) days prior to the start of their regular vacation period.  For the purposes of selecting dates, such leaves will be determined by seniority consistent with the granting of vacation requests.

C.    JURY DUTY

### 15.3    *Pay Requirements*

(1)    An employee who is summoned and who is physically required to report in person for jury service shall be paid the difference between his regular day's pay and any amount of jury pay received for up to twenty (20) business days of such per year.

26

### 15.4  Schedule Requirements

(2)     Employees who are scheduled to work a day or evening shift on the day of jury duty and employees scheduled to work on the night shift (11 p.m. to 7 a.m.) immediately prior to jury duty shall not be required to work their shift and will receive pay under the conditions indicated in C. (1) above.

### 15.5  Hardship

(3)     Since the parties recognize that there are often hardships for the employee, his or her family and the employer when jury duty is served, it is agreed the employee will promptly advise the Court of such when these situations occur.

## D.     BEREAVEMENT LEAVE

### 15.6  Death in the Immediate Family

In the event of a death in the immediate family of an employee, he or she shall, upon request, be granted three (3) regularly scheduled working days off with pay to make arrangements for the funeral and attend same.  Up to two (2) additional days off with pay will be granted if the funeral occurs outside a two hundred (200) mile radius from the employee's residence.  For the purposes of this provision, the immediate family shall be restricted to the father, mother, sister, brother, current spouse, child, mother-in-law, father-in-law, registered domestic partner of the employee and grandparents.

## Section 16.     GENERAL PROVISIONS

### 16.1  Uniforms and Laundry

A.     Where the employer requires the employees to wear special dress or uniforms, the employer shall furnish such special dress or uniforms and provide for their reasonable upkeep and replacement.  For full time doorpersons, said uniforms shall include but not be limited to two jackets, two pants, two ties and five shirts.  For full time and part time janitors, receiving clerks and handypersons said uniforms shall be one pair of pants and one shirt for each normal regular shift scheduled per week.  Employees must wear appropriate footwear.

### 16.2  Dressing Rooms or Lockers

B.     Dressing rooms or lockers shall be provided by the employer where employees may store their belongings during working hours and change to and from street attire.

### 16.3  Break Room

C.     To the extent practical and where there are more than five (5) employees, there shall be a comfortable, sanitary lounge/break area/lunchroom that includes a microwave oven and refrigerator.

### 16.4   Quarters
D.   The Resident Handyman or Resident Janitor shall be furnished quarters without charge. Such quarters shall be maintained in proper habitable condition at the expense of the employer. The employee's quarters shall not be entered by anyone without his or her permission or with twenty-four (24) hours notice or in case of fire or emergency.

### 16.5   Work Rules
E.   The employer has the right to establish Work Rules which shall be conspicuously posted and which the employees shall observe.

### 16.6   Breakage
F.   The cost of all breakage not due to gross negligence of the employee shall be borne by the employer.

### 16.7   Sub-Contracting
G.   No employer shall contract for the performance of any work covered by the classifications herein set forth except when such contract is in conformity with all economic provisions of this Agreement, including all wage scales and fringe benefits. no regularly scheduled bargaining unit employee shall suffer any reduction of hours as a result of services performed by contractors.

### 16.8   Acts of God
H.   Guarantees shall not apply if the employer is unable to operate due to an act of God, utility failure, government restriction, fire, flood, riot, civil commotion, the failure or refusal of the group of employees to report for or perform their work, or any cause beyond the control of the employer.

### 16.9   Wages Paid Above Scale
I.   Hourly wages now being paid above the minimum scale herein prescribed shall not be reduced. This applies to the employee and not the job and classification.

### 16.10   Employee Handling of Funds
J.   No employee shall handle any funds of the employer unless expressly authorized in writing by the employer. Any employee so entrusted within the employer's funds shall not be held responsible for loss through robbery, fire or other circumstances beyond the employer's control. Employees handling funds shall conform to the written instructions issued by the employer.

### 16.11   Fidelity Bonds
K.   The employer agrees to pay all fidelity bond premiums when bonds are required by the employer. All cash deposits or cash bonds in lieu of fidelity bonds now in force will be returned to the employees so affected at once.

28

## Section 17.    GRIEVANCE, DISCHARGE AND RETIREMENT

### 17.1    *Referral to a Board of Adjustment and Arbitration*
(1)    A grievance shall be defined as any difference between the Employer and the Union involving the meaning or application of the specific provisions of this Agreement and shall be taken up in the manner set forth in this section. Any such grievance between the employee or Union with the Employer is to be received in writing by the party to whom it is directed (the Respondent) within five (5) business of the date of the discharge on a discharge matter and within fifteen (15) business days of the date of the occurrence on all other matters.

Otherwise the discharge matter and other matters will be considered dropped. Any dropping shall be final and binding and enforceable in a court of law. If these time frames are met but the matter is not resolved, the **STEP 1** – the employer and/or its representative and the Union and/or its representative along with the grieving party (if an employee) will meet and attempt to resolve the matter within five (5) business days of its receipt by the respondent. Otherwise, the discharge matter and other matters will be considered dropped. Any decision or dropping shall be final and binding and enforceable in a court of law.

If this time frame is met but the matter is not resolved, then **STEP 2** – the employer and/or its representative and the Union and/or its representative and the grieving party (if an employee) will meet in a Board of Adjustment and attempt to resolve the matter within ten (10) business days of the date of the STEP 1 meeting. Otherwise the matter will be considered dropped. Any decision or dropping shall be final and binding and enforceable in a court of law. The Board of Adjustment panel members shall be two (2) persons selected by the employer who are not employees or residents of the employer and two (2) persons selected by the Union, only one (1) of whom can be an officer, business representative or employee of the Union. None of the four (4) panel members is to represent (put on the case(s) of) the grieving party or the respondent in the Board of Adjustment.

If this time frame is met but the matter is not resolved, then **STEP 3** – the employer and/or its representative and the Union and/or its representative and the grieving party (if an employee) will meet in impartial Arbitration within thirty (30) business days of the date of the STEP 2 Board of Adjustment. Otherwise the matter will be considered dropped. The impartial Arbitrator is to issue a written decision within thirty (30) business days of the date of the impartial Arbitration. Otherwise the matter will be considered dropped. Any decision or dropping shall be final and binding and enforceable in a court of law. Expenses of the impartial Arbitration will be born one-half (1/2) by the employer and one-half (1/2) by the Union. Each party shall pay its own representational expenses.

Expedited arbitration shall only be used by mutual consent of the parties. The Union and Employer representatives will request that the Federal Mediation and

Conciliation Service furnish the parties a panel of seven (7) arbitrators from the Northern California area.

Upon receipt of the list of panelists, both parties shall select an arbitrator within ten (10) calendar days. In the event that the parties can not agree to an arbitrator, both parties shall alternatively strike names. the determination of the party who strikes first shall be by lot. The sole remaining name shall be appointed the arbitrator. The arbitration hearing shall be conducted using the FMCS rules/guidelines for expedited arbitration.

The arbitrator shall have no authority to modify, add to, or subtract from any of the terms of this Agreement. Any expenses incidental to the conduct of the hearing and the fee of the arbitrator, shall be borne equally by the parties.

In the event either party believes the matters raised by a grievance are of such importance as to override the desirability of the expedited and informal arbitration procedures contained in this Section, such party shall advise the other in writing of its desire to proceed to arbitration under the provisions of Section 17 of this Agreement, wherein the parties are not limited to representation by any person of this choice.

Neither the parties of STEP 1, the Board of Adjustment or the impartial Arbitrator shall have the authority to negotiate, alter or change any of the terms and conditions of the collective bargaining agreement.

### 17.2    *Precedent Setting*
In any and all matters (Problem and Grievance Settlements) none shall be deemed precedent settings without the written approval of the President of the Union and/or a union representative authorized in such matters, and the Apartment Employer representative.

## B.    DISCHARGE

### 17.3    *In the Event of Discharge*
(2)    If an employee is discharged he/she shall immediately surrender all house keys, equipment and property belonging to the employer. Employees who are discharged and occupy quarters as provided in this Agreement shall vacate such quarters which may be occupied by him or her within five (5) business days after written notice from the employer.

### 17.4    *Notice Requirement for Terminations*
(3)    No employee shall be disciplined or discharged without just cause. The reason for any disciplinary action or discharge shall be reduced to writing and given to the employee and/or steward or Union. Any discipline will be imposed within seven (7) calendar days of the time the Employer became aware of the offense or concluded its investigation. Any employee who has a reasonable belief that

30

he/she will be disciplined by their immediate supervisor has the right to request the present of a union representative and/or a steward at such a meeting. In the event neither is available, the Employer may proceed with the administration of the discipline. An employee who believes he/she has been either unjustly disciplined or discharged may file a grievance within five (5) business days of receipt of such notice.

C.    RETIREMENT

17.5    *Employee Retirement*
Employee retirement shall be treated according to law.

Section 18.    **SAVINGS CLAUSE**

18.1    *Savings Clause*
If any provisions or sections of this Agreement be rendered or declared invalid by reason of any existing or subsequently enacted legislature, or by any decree of a court of competent jurisdiction, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof and they shall remain in full force and effect. The parties agree that upon invalidation, the parties shall meet within two (2) weeks, and negotiate substitute provisions for such parts of provisions rendered or declared invalid.

Section 19.    **LABOR MANAGEMENT COMMITTEE**

19.1    *Establishment of a Labor Management Committee*
Upon mutual agreement a labor management shall be established with 1150 Sacramento Homeowners Association and the Service Employees' Union Local 1877. Said Committee shall hold regular meetings and shall determine problems of mutual concern to both parties not specifically covered by the terms of this Agreement. The purpose of the Committee shall be to promote and perpetuate harmonious relations, to study and recommend ways and means of promoting the economic welfare of the employers and members of the Union. This Committee shall not supersede the functions of the Adjustment Board as set forth in this Agreement.

Section 20.    **MANAGEMENT RIGHTS**

20.1    *Management Rights Clause*

Except as expressly and specifically limited or restricted by a provision of this Agreement, the Employer has and shall retain the full right to manage the business and direct the work force. These rights shall include, but not be limited to, the management of the business; e.g., to plan, control, increase, and/or decrease operations in whole or in part; to introduce new or improved methods,

techniques and/or equipment; hire, transfer and lay off employees for lack of work; to add to or reduce the number of shifts; to schedule hours to be worked; and to determine the number of employees to be employed; and assign those existing employees to meet current work needs; adopt and from time to time modify, rescind, or change reasonable safety and work rules so long as such rules are not inconsistent with any existing provision of this Agreement. The failure of management to exercise any rights contained herein shall not constitute a waiver of same. It is further agreed that the rights specified herein may not be impaired by an arbitrator.

**Section 21.    TERM OF AGREEMENT**

**21.1    Term of Agreement**

This Agreement shall become effective as of the first day of October, 2001, and shall continue in full force and effect until September 30, 2004. If neither party serves written notice of its desire to terminate, change or modify this Agreement sixty (60) days prior to the date of expiration it shall be renewed for the succeeding year to year thereafter in like manner.

Dated and entered into this ___13th___ day of ~~January~~ March, 2002.

For the Union:
SERVICE EMPLOYEES UNION
LOCAL 1877

_____
Vice-President
Tom Csekey

For the Employer:
1150 Sacramento Homeowners Association

_____
Treasurer
Steven Chong

## AUTHORIZATION OF REPRESENTATION DUES
## CHECK-OFF AND MEMBERSHIP OBLIGATION

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877
1010 RUFF DR., SAN JOSE, CA 95110 • 408.280.7770

| Please Print | | | |
|---|---|---|---|
| D-B/E# | ST | B# | $ |
| Name | | Sex | |
| Social Security No. | | Date of Birth | |
| Address | | | |
| City | Zip | Phone | |
| Employer | | | |
| Position | | | |
| / wage | Hire date | Full Time | Part Time |

Signature _____ Date _____

I hereby request membership in Local 1877 of the Service Employees International Union, AFL-CIO, and accept all the rights, responsibilities, and benefits of Union Membership. I also designate Local 1877 to be my sole bargaining agent in all matters pertaining to wages, hours, and any other conditions of employment. I have been informed and I understand that the obligation of membership may be fulfilled by remitting my proportional share of regular dues and fees determined by the Local Union and the Secretary-Treasurer of SEIU Local 1877.

I voluntarily desire to sign this form and to have it take effect immediately.

---

## PAYROLL DEDUCTION AUTHORIZATION

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877
1010 RUFF DR., SAN JOSE, CA 95110 • 408.280.7770

I, the undersigned employee of _____ do authorize and direct the company to deduct from my wages each and every month the dues and fees which I am responsible for to Local 1877, which are required to maintain me as a member of Local 1877, in good standing and in accordance with the Constitution and By-Laws of Local 1877. This amount, deducted each month, shall be remitted to Local 1877. I understand that my obligation of membership may be met by my tendering the proportional share of the regular dues and fees determined by the Secretary-Treasurer which are necessary as a condition of my membership in Local 1877.

I further agree that this payroll deduction authorization is effective retroactive to the thirty-first (31st) day after the commencement of my employ with my employer.

I, from time to time, the Financial Secretary of the Local Union will notify the employer as to the amount of the Local Union's dues and fees and the employer will adjust that amount accordingly.

I submit this authorization and assignment with the understanding that it will be effective and irrevocable for a period of one year from this date or to the termination date of the current collective bargaining agreement between the employer and the Local Union whichever occurs sooner.

This authorization and assignment shall continue in full force and effect for annual periods beyond the irrevocable period set forth above and any subsequent yearly period shall be similarly irrevocable unless revoked by me within 15 days after any irrevocable period hereof. Such revocation shall be effected by written notice to the employer and to the Union served within such 15 day period.

Signature _____

Address _____

Date _____ Classification _____

**Please mail within thirty (30) days from the date of hire to:**
**SEIU LOCAL 1877 • 1010 RUFF DR. • SAN JOSE, CA 95110 • 408.280.7770**

---

## AUTORIZACIÓN DE REPRESENTACIÓN,
## DEDUCCIÓN DE CUOTAS Y OBLIGACIÓN DE MEMBRECIA

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877
1010 RUFF DR., SAN JOSE, CA 95110 • 408.280.7770

| Escribe claro | | | |
|---|---|---|---|
| D-B/E# | ST | B# | $ |
| Nombre del Aplicante | | Sexo | |
| No. de Seguro Social | | Fecha de Nacimiento | |
| Dirección de su casa | | | |
| Ciudad | Zona Postal | Teléfono | |
| Fecha de Empleo | Compañia | | |
| Locación de Trabajo & No. | | # | |
| Salario por Hora $ | Tiempo Completo | Parte de Tiempo | |

Firma _____ Fecha _____

Yo por medio de la presente solicito membrecía en el Local 1877. Sindicato Internacional de Empleados de Servicio, AFL-CIO, y acepto todos los derechos, responsabilidades y beneficios de la membrecía Sindical. Además designo al Local 1877 como mi único agente de convenio en todo asunto pertinente a salarios, horas y cualquier otra condición de empleo. Se me ha informado y comprendo que la obligación de membrecía puede ser cumplida remitiendo mi parte proporcional de cuotas regulares y cuota de ingreso impuestas por el Sindicato Local y el Secretario Tesorero de SEIU Local 1877.

Yo voluntariamente deseo firmar esta forma y quiero que tome efecto inmediatamente:

---

## AUTORIZACIÓN PARA DEDUCCIÓNES DE MI NOMINA DE SALARIOS

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877
1010 RUFF DR., SAN JOSE, CA 95110 • 408.280.7770

Yo, el abajo firmante empleado del empleador _____ autorizo y dirijo a la compañia el deducir de mi salario cada y todo mes las cuotas y cuota de ingreso las cuales soy responsable de pagar al Local 1877, y las cuales son requeridas para mantenerme como miembro en buen estado del Local 1877 de acuerdo con la Constitución y Estatutos del Local 1877. Esta cantidad, deducida cada mes, será enviada al Local 1877. Yo comprendo que mi obligación de membrecía será cumplida al pagar mi parte proporcional de cuotas regulares y cuota de ingreso determinadas por el Secretario Tesorero las cuales son necesarias como condición de mi membrecía en el Local 1877.

Además estoy de acuerdo que esta autorización de la nómina de salarios es efectiva retroactiva al treinta y un día (31) después del comienzo de mi empleo con el empleador.

De tiempo en tiempo, el Secretario Financiero del Sindicato Local informará al empleador tocante a la cantidad de cuotas y cuota de ingreso del Sindicato Local y el empleador en conformidad ajustará las cuotas.

Yo someto esta autorización y asignamiento con el entendimiento que sera efectivo y irrevocable por el periodo de un año desde esta fecha o hasta la fecha de terminación del presente acuerdo colectivo de convenio entre el empleador y el Sindicato Local cualquiera que ocurra primeramente.

Esta autorización y asignamiento continuará en total vigor y efecto por periodos anuales mas allá del periodo irrevocable a menos que sea revocado por mi dentro de 15 días después de cualquier periodo irrevocable de esto. Dicha revocación será efectiva a servir un aviso por escrito hacia el empleador y hacia el Sindicato dentro de dicho periodo de 15 días.

Firma _____

Dirección _____

Fecha _____ Classificación _____

**Envie dentro de treinta (30) días de la fecha de empleo al:**
**SEIU LOCAL 1877 • 1010 RUFF DR. • SAN JOSE, CA 95110 • 408.280.7770**