**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Linelle S Mogado, 236489<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway Suite 200<br>Alameda, CA 94501-1091<br>TELEPHONE NO.: (510) 337-1001<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Charles Gilchrist, et al.

DEFENDANT/RESPONDENT: 1150 Sacramento Homeowners Association

CASE NUMBER: CV 07 5801 EMC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: SERT14P 116464

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Availability, U.S. District Court Handout, U.S. District Court Local Rules, Order Setting Initial Case Management Conference

3. a. Party served: 1150 Sacramento Homeowners Association, a California corporation

   b. Person Served: Michael D. Bebow - Person authorized to accept service of process

4. Address where the party was served: 1150 Sacramento Street #001
   San Francisco, CA 94108

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: November 26, 2007   (2) at *(time)*: 3:53 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   1150 Sacramento Homeowners Association, a California corporation

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Chris Beale
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 75.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 1020
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 3, 2007

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

**RECEIVED**
DEC 05 2007
**W R & R**

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652089