1  CHRISTIAN L. RAISNER, Bar No. 133839
   ANDREA LAIACONA, Bar No. 208742
2  LINELLE S. MOGADO, Bar No. 236489
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone: 510.337.1001
5  Facsimile: 510.337.1023
   E-mail: courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    (SAN FRANCISCO DIVISION)

CHARLES GILCHRIST AND MATTHEW B.     ) No.   CV 07-5801-EMC
HALLINAN, in their capacities as Trustees of  )
APARTMENT EMPLOYEES PENSION           )
TRUST and APARTMENT EMPLOYEES         )
WELFARE FUND,                         ) [PROPOSED] ORDER re
                                      ) PLAINTIFFS' REQUEST FOR
              Plaintiffs,             ) DISMISSAL
                                      )
       v.                             )
                                      )
1150 SACRAMENTO HOMEOWNERS            )
ASSOCIATION, a California Corporation,)
                                      )
              Defendant.              )
_____)

The request of Plaintiffs Charles Gilchrist and Matthew B. Hallinan, in their capacities as Trustees of Apartment Employees Pension Trust and Apartment Employees Welfare Fund, for the dismissal of the above–entitled action IS SO ORDERED.

Dated: February 15, 2008
       _____
       The UNITED STATES MAGISTRATE JUDGE
       Judge Edward M. Chen

       IT IS SO ORDERED

116464/483903

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 13, 2008, I served upon the following parties in this action:

>David Barry Whitehead    Counsel for Defendant
>WHITEHEAD & PORTER LLP
>220 Montgomery Street, Suite 1850
>San Francisco, Ca 94104-3402
>Telephone: (415) 781-6070
>Facsimile: (415) 788-6521
>EMAIL: wpg@wpglaw.com

copies of the document(s) described as:

**[PROPOSED] ORDER re PLAINTIFFS' REQUEST FOR DISMISSAL**

[X]  **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 13, 2008.

J. L. Aranda