CHRISTIAN L. RAISNER, Bar No. 133839
ANDREA LAIACONA, Bar No. 208742
LINELLE S. MOGADO, Bar No. 236489
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARLES GILCHRIST AND MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>1150 SACRAMENTO HOMEOWNERS ASSOCIATION, a California Corporation,<br><br>Defendant. | No.   C07-5801 EMC<br><br>**PLAINTIFFS' CORRECTED REQUEST FOR DISMISSAL** |

Plaintiffs Charles Gilchrist and Matthew B. Hallinan, in their capacities as Trustees of Apartment Employees Pension Trust and Apartment Employees Welfare Fund by and through their counsel, hereby request that the Court dismiss the above action with prejudice.

Dated: February 15, 2008

                 WEINBERG, ROGER & ROSENFELD
                 A Professional Corporation

                 By: /s/ Christian L. Raisner
                 CHRISTIAN L. RAISNER
                 ANDREA LAIACONA
                 LINELLE S. MOGADO
                 Attorneys for Plaintiffs

116464/483346

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway,
Suite 200
Alameda, CA 94501-1091

Plaintiffs' Corrected Request for Dismissal
(No. C07-5801 EMC)

**PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 15, 2008, I served upon the following parties in this action:

| | |
|---|---|
| David Barry Whitehead<br>WHITEHEAD & PORTER LLP<br>220 Montgomery Street, Suite 1850<br>San Francisco, Ca 94104-3402<br>Telephone: (415) 781-6070<br>Facsimile: (415) 788-6521<br>EMAIL: wpg@wpglaw.com | Counsel for Defendant |

copies of the document(s) described as:

**PLAINTIFFS' CORRECTED REQUEST FOR DISMISSAL**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 15, 2008.

J.L. Aranda

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001